STATE of Missouri, Respondent,

v.

John M. TRAN, Appellant.

WD 79177

Missouri Court of Appeals,
Western District.

Filed: September 26, 2017

Craig A. Johnston, Columbia, MO for Appellant.

Joshua D. Hawley, Mary H. Moore, Jefferson City, for Respondent

Before Division One: James E. Welsh, Presiding Judge, Lisa White Hardwick and Gary D. Witt, Judges

## ORDER

Per Curiam

John Tran appeals from his convictions for first-degree robbery and armed criminal action. Tran contends the circuit court erred in not allowing defense counsel to cross-examine a witness about a prior inconsistent statement. Upon review of the briefs and the record, we find no error and affirm the judgment. We have provided the parties with a Memorandum explaining the reasons for our decision, because a published opinion would serve no jurisprudential purpose.

AFFIRMED. Rule 30.25(b)